

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00308-CV

**LAREDO MEDICAL CENTER**, Dr. Fermin Romero-Arreloa M.D., J. Claudio R.N., and
Laredo Medical Center Vein Center assumed name Laredo Texas Hospital Co. L.P.,
Appellants

v.

Isza **MELENDEZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVT001771D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that Appellee Isza Melendez recover her costs of this appeal from Appellants Laredo Medical Center, Dr. Fermin Romero-Arreloa M.D., J. Claudio R.N., and Laredo Medical Center Vein Center assumed name Laredo Texas Hospital Co., L.P.

SIGNED December 4, 2013.

_____
Karen Angelini, Justice